SALVADOR P. SIMAO (SBN 026111997)
ssimao@constangy.com
DAVID A. YUDELSON (SBN 325316)
dyudelson@constangy.com
TIFFANY S. HANSEN (SBN 292850)
thansen@constangy.com
CODY LEE SAAL (SBN 286041)
csaal@constangy.com
**CONSTANGY BROOKS,**
**SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Tel: (310) 909-7775

Attorneys for Defendant
WALMART, INC.

WALTER MOSLEY, Esq. (SBN 244169)
wm@waltermosleyesq.com
KRISTEN M. TOJO (SBN 310464)
Kmt@waltermosleyesq.com
NATHALIE MEZA CONTRERAS, Esq. (SBN 322545)
nmc@waltermosleyesq.com
**MOSLEY AND ASSOCIATES**
1055 W. 7th St., Suite 3260
Los Angeles, California 90017
Tel.: (213) 643-6880

Attorneys for Plaintiff
KARLA PATTEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KARLA PATTEN, an individual, | CASE NO: 3:23-CV-01428-RS |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
| WALMART, INC., a Delaware corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | Complaint Filed: February 17, 2023<br>Date of Removal: March 27, 2023<br>Trial Date: October 7, 2024 |

1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Karla Patten and Defendant Walmart, Inc., by and through their respective counsel, hereby stipulate as follows:

1. The parties executed and entered into a Settlement Agreement and General Release of All Claims on March 7, 2024.

2. The entire action is dismissed with prejudice as to all claims against all Defendants.

3. Each party shall bear their own attorneys' fees, costs, and expenses in this action.

**IT IS SO STIPULATED.**

DATED: April 11, 2024          **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By:     /s/ Salvador P. Simao
     Salvador P. Simao, Esq.
     Attorneys for Defendant WALMART

DATED: April 11, 2024          **MOSLEY & ASSOCIATES**

By:     /s/ Walter Mosley    [as authorized on 4/11/24]
     Walter Mosley, Esq.
     Attorney for Plaintiff KARLA PATTEN

**ORDER**

Having received and considered the parties' Stipulation of Dismissal of Entire Action with Prejudice and for good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. All of Plaintiff Karla Patten's claims against all Defendants in the above-titled action are dismissed with prejudice.

2. Each party shall bear their own attorneys' fees, costs, and expenses in this action.

**IT IS SO ORDERED.**

Date: April 11, 2024

Hon. Richard Seeborg
Chief United States District Judge